| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Texas Land & Cattle Steak House of North Carolina, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Texas Land & Cattle** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2378972** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5055 W. Park Blvd., #500**<br>**Plano, TX 75093**<br>Number, Street, City, State & ZIP Code<br><br>**Collin**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**7779 Lyles Ln NW Concord, NC 28027**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Texas Land & Cattle Steak House of North Carolina, Inc.**    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7221**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**    Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **Texas Land & Cattle Steak House of North Carolina, Inc.**           Case number (*if known*) _____
         Name

### 11. Why is the case filed in *this district?*

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

### 13. Debtor's estimation of available funds

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated Assets

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Texas Land & Cattle Steak House of North Carolina, Inc.**         Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 18, 2017**
              MM / DD / YYYY

X **/s/ Timothy Dungan**                                **Timothy Dungan**
Signature of authorized representative of debtor         Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ John P. Henry**                                 Date **February 18, 2017**
Signature of attorney for debtor                             MM / DD / YYYY

**John P. Henry**
Printed name

**The Law Offices of John Henry, P.C.**
Firm name

**4925 Greenville Avenue #1309**
**Dallas, TX 75206**
Number, Street, City, State & ZIP Code

Contact phone   **972-338-3630**       Email address   **general@jhenrylaw.com**

**24055655**
Bar number and State

Debtor  **Texas Land & Cattle Steak House of North Carolina, Inc.**   Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Lone Star Steakhouse & Saloon of Springfield, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/13/17** | Case number, if known | **17-40303** |
| Debtor | **Lone Star Steaks, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/17/17** | Case number, if known | **17-40330** |
| Debtor | **Texas Land & Cattle of Fairview, LLC** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/13/17** | Case number, if known | **17-40300** |
| Debtor | **TX. C. C., Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/13/17** | Case number, if known | **17-40297** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Texas Land & Cattle Steak House of North Carolina, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN CLASSIC CARPET PO BOX 2655 Matthews, NC 28106** | | **Facilities Repairs and Maintenance** | | | | $1,665.51 |
| **AMERIPRIDE SERVICES, INC. P.O. BOX 1189 Bemidji, MN 56619-1189** | | **Facilities Repairs and Maintenance** | | | | $4,365.86 |
| **CABARRUS COUNTY TAX COLLECTOR 65 CHURCH STREET SOUTH Concord, NC 28025** | | **Property Taxes** | | | | $866.37 |
| **CITY OF CONCORD ELECTRIC PO Box 580469 Charlotte, NC 28258** | | **Property Taxes** | | | | $32,997.29 |
| **CITY OF CONCORD UTILITIES PO Box 580469 Charlotte, NC 28258** | | **Property Taxes** | | | | $19,667.01 |
| **CONCORD CITY TAX COLLECTOR 35 CABARRUS AVE. WEST Concord, NC 28025** | | **Property Taxes** | | | | $594.08 |
| **COZZINI BROTHERS, INC. 350 HOWARD AVE Des Plaines, IL 60018** | | **Supplies** | | | | $531.86 |
| **ECOLAB P O BOX 100512 Pasadena, CA 91189-0512** | | **Supplies** | | | | $1,400.36 |

Debtor **Texas Land & Cattle Steak House of North Carolina, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EDWARD DON & COMPANY  2562 PAYSPHERE CIRCLE  Chicago, IL 60674 | | Supplies | | | | $2,981.80 |
| ENVIRO MASTER SERVICES  PO BOX 12350  Charlotte, NC 28220 | | Facilities Repairs and Maintenance | | | | $1,599.00 |
| GASKET GUY OF CHARLOTTE, LLC  10106 SARDIS OAKS RD  Charlotte, NC 28270-1009 | | Facilities Repairs and Maintenance | | | | $789.81 |
| NUCO2, LLC  PO BOX 1143  Salt Lake City, UT 84110-1143 | | Supplies | | | | $714.55 |
| PUBLIC SERVICE CO OF NORTH CAROLINA  PO Box 100256  Columbia, SC 29202-3256 | | Property Taxes | | | | $5,228.22 |
| QUALITY NEON, INC.  7524 ORR RD  Charlotte, NC 28213 | | Facilities Repairs and Maintenance | | | | $514.23 |
| RIZON RESTAURANT SERVICES, INC.  103 SCHOOLSIDE DR  STE 131  Rock Hill, SC 29730 | | Facilities Repairs and Maintenance | | | | $5,119.36 |
| SENN BROS PRODUCE  327 WHOLESALE LANE  West Columbia, SC 29172 | | Food for Resale | | | | $6,920.56 |
| SIMON ROOFING & SHEET METAL  PO BOX 951109  Cleveland, OH 44193 | | Facilities Repairs and Maintenance | | | | $860.92 |
| SWISHER HYGIENE  PO BOX 70343  Chicago, IL 60673 | | Supplies | | | | $1,031.78 |
| THE SEAT DOCTOR  2648 LOVE SPRINGS ROAD  Gaffney, SC 29341 | | Facilities Repairs and Maintenance | | | | $745.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Texas Land & Cattle Steak House of North Carolina, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US FOOD, INC.**<br>**2838 COLLECTIONS CTR DR**<br>**Chicago, IL 60693** | | **Food for Resale** | | | | **$48,221.18** |

ALSCO
PO BOX 25068
Anaheim, CA 92825-5068

AMERICAN CLASSIC CARPET
PO BOX 2655
Matthews, NC 28106

AMERIPRIDE SERVICES, INC.
P.O. BOX 1189
Bemidji, MN 56619-1189

CABARRUS COUNTY TAX COLLECTOR
65 CHURCH STREET SOUTH
Concord, NC 28025

CITY OF CONCORD ELECTRIC
PO Box 580469
Charlotte, NC 28258

CITY OF CONCORD UTILITIES
PO Box 580469
Charlotte, NC 28258

COMMUNITY COFFEE
PO BOX 919149
Dallas, TX 75391-9149

CONCORD CITY TAX COLLECTOR
35 CABARRUS AVE. WEST
Concord, NC 28025

COZZINI BROTHERS, INC.
350 HOWARD AVE
Des Plaines, IL 60018

DIRECT SOURCE
PO BOX 270530
Flower Mound, TX 75027

ECOLAB
P O BOX 100512
Pasadena, CA 91189-0512

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
Chicago, IL 60674

ENVIRO MASTER SERVICES
PO BOX 12350
Charlotte, NC 28220

FEDEX
PO BOX 94515
Palatine, IL 60094-4515

GASKET GUY OF CHARLOTTE, LLC
10106 SARDIS OAKS RD
Charlotte, NC 28270-1009

HANDY HANDS HOME LAWN SERVICES
P.O.BOX 5873
Concord, NC 28027

INTRUST BANK, N.A.
PO BOX ONE
Wichita, KS 67202

LBX LIGHTING, INC.
3211 FONDREN RD
Houston, TX 77063

MARKETPLACE AT CONCORD MILLS, LLC
PO Box 404047
Atlanta, GA 30384-4047

MOREDIRECT, INC.
PO BOX 536464
Pittsburgh, PA 15253-5906

NUCO2, LLC
PO BOX 1143
Salt Lake City, UT 84110-1143

PUBLIC SERVICE CO OF NORTH CAROLINA
PO Box 100256
Columbia, SC 29202-3256

QUALITY NEON, INC.
7524 ORR RD
Charlotte, NC 28213

RIZON RESTAURANT SERVICES, INC.
103 SCHOOLSIDE DR   STE 131
Rock Hill, SC 29730

SENN BROS PRODUCE
327 WHOLESALE LANE
West Columbia, SC 29172

SIMON ROOFING & SHEET METAL
PO BOX 951109
Cleveland, OH 44193

STANLEY CONVERGENT SECURITY SOLUTIONS, I
DEPT CH 10651
Palatine, IL 60055

STEVE KIRPATRICK
200 N 13TH   STE 107
Corsicana, TX 75110

SUPERIOR UNIFORM GROUP, INC.
PO BOX 638279
Cincinnati, OH 45263-8279

SWISHER HYGIENE
PO BOX 70343
Chicago, IL 60673

THE SEAT DOCTOR
2648 LOVE SPRINGS ROAD
Gaffney, SC 29341

TRIMARK FOODCRAFT
PO BOX 654046
Dallas, TX 75265-4046

US FOOD, INC.
2838 COLLECTIONS CTR DR
Chicago, IL 60693

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Texas Land & Cattle Steak House of North Carolina, Inc.**  Case No.
Debtor(s)  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Texas Land & Cattle Steak House of North Carolina, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LSF5 Spur, LLC**
**5055 W. Park Blvd. #500**
**Plano, TX 75093**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 18, 2017** | **/s/ John P. Henry** |
| Date | **John P. Henry 24055655** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Texas Land & Cattle Steak House of North Carolina, Inc.** |
| | **The Law Offices of John Henry, P.C.** |
| | **4925 Greenville Avenue #1309** |
| | **Dallas, TX 75206** |
| | **972-338-3630 Fax:888-909-9312** |
| | **general@jhenrylaw.com** |